# TITLE 204
# JUDICIAL SYSTEM GENERAL PROVISIONS

## PART VII.  ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS

### CHAPTER 207.  TRANSMITTING REMITTANCES

**§ 207.3.  Online Payment Convenience Fee—Adjustment of Fines, Costs, Fees, and Other Remittances.**

(a) Pursuant to 42 Pa.C.S. § 3502(c)(3), the Court Administrator of Pennsylvania hereby adjusts the level of fines, costs, fees, and other remittances by assessing a non-refundable $2.75 convenience fee for online credit/debit card payments of court costs, fines, fees, and restitution associated with pre-existing cases**, [or those] cases** initiated within the Magisterial District Judge, Common Pleas, and Appellate Court Case Management Systems of the Pennsylvania Courts**, or filings submitted via the Guardianship Tracking System**.  Said amount shall be paid through a contracted financial intermediary and shall be added at the time of the payment.

(b) This regulation shall become effective January 1, 2010, and shall apply to all online credit/debit card payments initiated through the AOPC's UJS Portal made on or after this date on pre-existing cases**, [or those]** cases initiated within the Magisterial District Judge, Common Pleas, and Appellate Court Case Management Systems of the Pennsylvania Courts**, or filings submitted via the Guardianship Tracking System**.